UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Civil Action No. 5:20-CV-1509

Software LLC, a company registered in
Belize under Registration Number
IGSC/200/LLC879/20,

    Plaintiff,

v.

Michael Maranda, an individual, Michael Maranda LLC, a
New York Limited Liability Company, Michael Carter, an
individual, Melissa Welsh, an individual, Donald
D'Avanza, an individual, Richard Long, an individual, and
Black Mesa Communications, LLC, an Oklahoma Limited
Liability Company,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Software LLC, and Defendants, Michael Maranda, an individual, Michael Maranda LLC, a New York Limited Liability Company, (collectively "Maranda"), through their respective counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims against all Defendants asserted in the above captioned matter, in their entirety, are dismissed with prejudice, with all attorney's fees, costs of court and expenses to be borne by each party incurring the same.

Dated: December 17 , 2020

John F. Harwick, Esq.

T. Edward Williams, Esq.

1

| | |
|---|---|
| E. Stewart Jones Hacker Murphy LLP<br>28 Second Street<br>Troy, New York 12180<br>Tel: 518.274.5820<br>Fax: 518.274.5875<br>Email: jharwick@joneshacker.com | Williams, LLP<br>7 World Trade Center<br>250 Greenwich Street, 46 FL.<br>New York, New York 10007<br>Tel/Fax: 212.634.9106<br>Email: edward.williams@wmsintl.com |

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated:  12/23/2020
Syracuse, NY